UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KELVIN FRANCIS                                          CIVIL ACTION

VERSUS                                                  NO.  10-2498

OFFICER ANTHONY DUPREE, ET AL.                          SECTION "A"(4)

## O R D E R

The court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Kelvin Francis' 42 U.S.C. § 1983 claims against  the defendants, the New Orleans Police Department, are **DISMISSED WITH   PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to § 1915(e) and § 1915A.

January 21, 2011

_____
UNITED STATES DISTRICT JUDGE