UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELVIN FRANCIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2498** |
| **OFFICER ANTHONY DUPREE**<br>**NEW ORLEANS POLICE DEPT.** | **SECTION "A"(4)** |

# O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Kelvin Francis's 42 U.S.C. § 1983 claims against the defendant, Officer Anthony Dupree, are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b) and failure to serve under Fed. R. Civ. P. 4(m).

March 5, 2012

_____
UNITED STATES DISTRICT JUDGE